Diana C. ANDERSON, Plaintiff–Appellant,

v.

SUN LIFE ASSURANCE OF CANADA, INC. and Community Health Systems Incorporated, Defendants–Appellees.

No. 13–17594

United States Court of Appeals, Ninth Circuit.

FILED June 13, 2016

Amended June 24, 2016

Barry Kirschner, Attorney, Waterfall, Economidis, Caldwell, Hanshaw & Villamana, P.C., Tucson, AZ, Joseph Creitz, Managing Senior Counsel, Creitz & Serebin LLP, San Francisco, CA, for Plaintiff–Appellant.

William M. Demlong, Esquire, Attorney, The Cavanagh Law Firm, P.A., Phoenix, AZ, for Defendant–Appellee Sun Life Assurance of Canada, Inc.

Scott Burnett Smith, Attorney, Bradley Arant Boult Cummings LLP, Huntsville, AL, for Defendant–Appellee Community Health Systems Incorporated.

Before: McKEOWN, WARDLAW, and TALLMAN, Circuit Judges.

## ORDER

Sun Life Assurance Company of Canada and Diana Anderson's joint motions to vacate this Court's memorandum disposition dated April 6, 2016, vacate the November 19, 2013 judgment and order of the District Court, and dismiss this action with

prejudice are GRANTED. Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**